Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
**PANEL V**

| | | |
|---|---|---|
| EL PUEBLO DE PR<br><br>**Peticionario**<br><br>V.<br><br>XAVIER TORRES MATOS<br><br>**Recurrido** | KLCE202500231 | ***CERTIORARI***<br>procedente del Tribunal de Primera Instancia Sala Superior Ponce<br><br>Caso Núm:<br>J1VP202500224<br><br>Sobre:<br>L284210899<br>Ley Contra el Acecho en PR |

Panel integrado por su presidente, el Juez Hernández Sánchez, el Juez Bonilla Ortiz y la Jueza Mateu Meléndez.

Hernández Sánchez, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 25 de marzo de 2025.

Evaluada la solicitud de desistimiento presentada por la parte peticionaria el 24 de marzo de 2025, se declara Con Lugar y se dicta sentencia por desistimiento de conformidad con lo dispuesto en la Regla 83 del Reglamento del Tribunal de Apelaciones, 4 LPRA XXII-B, R. 83.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador

SEN2025 _____